**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-20634
Summary Calendar

In the Matter of:

JALAL STEPHAN

Debtor,

JALAL STEPHAN,

Appellant,

VERSUS

THE ARAB MONETARY FUND,

Appellee.

Appeal from the United States District Court
For the Southern District of Texas

(H-96-CV-3990 & H-96-CV-3981)

July 14, 1998

Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM[*]:

The judgment of the district court affirming the bankruptcy

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

court is AFFIRMED.

AFFIRMED.